UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVAN PETROS, Individually,

    Plaintiff,                                No. 2:13-cv-11878

vs.

                                         Magistrate Judge Michael Hluchaniuk

TINO, Inc,
A Domestic Corporation,

    Defendant.

| | |
|---|---|
| Pete M. Monismith, PA84746<br>Attorney for Plaintiff<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>724 610 1881<br>Fax 412 258 1309<br>pete@monismithlaw.com | Christopher P. Jelinek, P53543<br>Garan Lucow Miller, P.C.<br>Attorneys for Defendant<br>1000 Woodbridge Street<br>Detroit, MI 48207<br>(313) 446.5554<br>cjelinek@garanlucow.com |

**STIPULATED ORDER OF FINAL DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS OR ATTORNEY FEES**

    This matter having come before the court on the stipulation of the parties and the Court otherwise being fully advised;

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice but without costs or attorney fees.

This order resolves all pending claims and closes this case.

Date: August 28, 2013                     s/Michael Hluchaniuk
                                                  MICHAEL HLUCHANIUK
                                                  U. S. DISTRICT COURT MAGISTRATE JUDGE

I stipulate to entry of this order.

/s/Pete M. Monismith
_____
Pete M. Monismith, PA84746
Attorney for Plaintiff

/s/Christopher P. Jelinek
_____
Christopher P. Jelinek, P53543
Garan Lucow Miller, P.C.
Attorney for Defendant
Evan Petros S&O dis.wpd

## CERTIFICATE OF SERVICE

      Copies of this Stipulated Order were served on the parties and/or attorneys of record by electronic or U.S. Mail on August 28, 2013.

                                                  s/Tammy Hallwood
                                                  Case Manager
                                                  (810) 341-7887